# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 21, 2018

Lyle W. Cayce
Clerk

No. 17-10944
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JACKIE EUGENE CLAYTON,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:16-CR-15-1

Before REAVLEY, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Jackie Eugene Clayton has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Clayton has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-10944

appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.